IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEALED PLAINTIFF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEALED DEFENDANTS,<br><br>　　　　Defendants. | Case No. 24-cv-339<br><br>**<u>FILED UNDER SEAL</u>** |

# UNITED STATES OF AMERICA'S NOTICE OF INTERVENTION FOR PURPOSES OF SETTLEMENT

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br><br>JAMIE ANN YAVELBERG<br>EDWARD C. CROOKE<br>NELSON WAGNER<br>Attorneys, Civil Division<br>United States Department of Justice | DAVID METCALF<br>United States Attorney<br><br>GREGORY B. DAVID<br>Assistant United States Attorney<br>Chief, Civil Division<br><br>CHARLENE KELLER FULLMER<br>Assistant United States Attorney<br>Deputy Chief, Civil Division<br><br>GREGORY B. IN DEN BERKEN<br>PETER CARR<br>Assistant United States Attorneys<br><br>*Counsel for the United States of America* |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES *ex rel.* MARY MELETTE THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>AETNA INC., *et al.*,<br><br>Defendants. | Case No. 24-cv-339<br><br>**<u>FILED UNDER SEAL</u>** |

**UNITED STATES OF AMERICA'S NOTICE OF INTERVENTION
FOR PURPOSES OF SETTLEMENT**

1. Pursuant to 31 U.S.C. §§ 3730(b)(2) and (4), the United States notifies the Court of its intervention for settlement purposes, as to allegations that defendant Aetna Inc. violated the False Claims Act, 31 U.S.C. § 3729, *et seq*.

2. The United States, Relator Mary Melette Thomas, and Aetna have reached a resolution of this action, and the parties have executed a Settlement Agreement, with an effective date of March 9, 2026, which provides for a release of certain defined covered conduct, a payment by Aetna to the United States, and the dismissal of this action pursuant to the terms and conditions of the Settlement Agreement.

3. Aetna's settlement payment is due to the United States within 30 days. The Settlement Agreement provides that the United States and Relator shall

promptly sign and file a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) when the United States receives the settlement payment from Aetna pursuant to the terms of the Settlement Agreement.

4.     The United States requests that the following documents be unsealed at this time: (1) the United States' Notice of Intervention for Purposes of Settlement; (2) Relator's complaint; and (3) the Court's Order unsealing these documents.

5.     The United States further requests that all other papers and orders remain sealed because, in discussing the content, extent, and progress of the United States' fraud investigation, the United States' submissions were provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. The United States thus respectfully requests that they remain sealed.

A proposed Order is enclosed.

Respectfully submitted,

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General | DAVID METCALF<br>United States Attorney |
| JAMIE ANN YAVELBERG<br>EDWARD C. CROOKE<br>NELSON WAGNER<br>Attorneys, Civil Division<br>United States Department of Justice | GREGORY B. DAVID<br>Assistant United States Attorney<br>Chief, Civil Division<br><br>/s/ Charlene Keller Fullmer<br>Charlene Keller Fullmer |
| Dated: March 9, 2026 | Assistant United States Attorney |

Deputy Chief, Civil Division

<u>/s/ Peter Carr</u>
PETER CARR
GREGORY B. IN DEN BERKEN
Assistant United States Attorneys
615 Chestnut St., Suite 1250
Philadelphia, PA 19106
Tel: (215) 861-8622
peter.carr@usdoj.gov
gregory.indenberken@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES *ex rel.* MARY MELETTE THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>AETNA INC., *et al.*,<br><br>Defendants. | Case No. 24-cv-339<br><br>**<u>FILED UNDER SEAL</u>** |

**[PROPOSED] ORDER**

AND NOW, on this _____ day of March 2026, upon consideration of the United States of America's Notice of Intervention for Purposes of Settlement, it is **ORDERED** that:

1. This matter is **STAYED** until April 9, 2026, pending the filing of the stipulated notice of dismissal referenced in the Notice of Intervention. If the United States and Relator Mary Melette Thomas have not filed a stipulated notice of dismissal by April 9, 2026, they shall file a status report with the Court on that date.

2. The following documents shall be unsealed at this time:

   a. The United States' Notice of Intervention;

   b. Relator's complaint;

      c.      This order; and

      d.      All documents filed after the United States' Notice of Intervention.

3.      All other papers or orders on file in this matter as of the date of this Order shall remain under seal.

**AND IT IS SO ORDERED.**

_____
Paul S. Diamond, J.

## CERTIFICATE OF SERVICE

I certify that on March 9, 2026, the foregoing Notice of Intervention for Purposes of Settlement was served on the following counsel for Relator via secure email:

Jeffrey W. Dickstein
PHILLIPS & COHEN LLP
P.O. Box 398508
Miami Beach, FL 33239-8508
jdickstein@phillipsandcohen.com

Amy L. Easton
PHILLIPS & COHEN LLP
2000 Massachusetts Ave.
Washington, DC 20036
aeaston@phillipsandcohen.com

Claire M. Sylvia
PHILLIPS & COHEN LLP
100 The Embarcadero, Suite 300
San Francisco, CA 94105
csylvia@phillipsandcohen.com

John T. Crutchlow
YOUMAN & CAPUTO LLC
Two Logan Square
100-120 N. 18th Street, Suite 1925
Philadelphia, PA 19103
jcrutchlow@youmancaputo.com

Because this case is sealed pursuant to 31 U.S.C. §§ 3729 *et seq.*, Defendants have not been served with the Motion or other filings.

/s/ Peter Carr
PETER CARR