IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES *ex rel.* MARY MELETTE THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>AETNA INC., *et al.*,<br><br>Defendants. | Case No. 24-cv-339 |

## **ORDER**

AND NOW, on this 10th day of March 2026, upon consideration of the United States of America's Notice of Intervention for Purposes of Settlement, it is **ORDERED** that:

1. This matter is **STAYED** until April 9, 2026, pending the filing of the stipulated notice of dismissal referenced in the Notice of Intervention. If the United States and Relator Mary Melette Thomas have not filed a stipulated notice of dismissal by April 9, 2026, they shall file a status report with the Court on that date.

2. The following documents shall be unsealed at this time:

    a. The United States' Notice of Intervention;

    b. Relator's complaint;

   c. This order; and

   d. All documents filed after the United States' Notice of Intervention.

 3. All other papers or orders on file in this matter as of the date of this Order shall remain under seal.

        **AND IT IS SO ORDERED.**

        */s/ Paul S. Diamond*
        _____
        Paul S. Diamond, J.